# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **PET-AG, INC.**, a Delaware corporation,, ) | |
| ) | |
| Plaintiff, ) | Case No: 1:23-cv-14265 |
| ) | |
| v. ) | Judge John J. Tharp, Jr. |
| ) | |
| **AG VENTURES, LLC**, a Missouri limited ) | |
| liability company, **AARON GOLDSTEIN** ) | |
| **a/k/a AARON GOLDSTEN**, a natural person, ) | |
| and **JOHN DOES 1-10**, individually or as ) | |
| corporations/business entities, ) | |
| ) | |
| Defendants. ) | |

## AGREED MOTION FOR ENTRY OF STIPULATED
## FINAL JUDGMENTAND PERMANENT INJUNCTION

Pursuant to Federal Rule of Civil Procedure 41(a), plaintiff Pet-Ag, Inc. ("Plaintiff") submits this agreed motion for entry of stipulated final judgment and a permanent injunction. In support, Plaintiff state as follows:

1. Plaintiff filed this lawsuit on September 28, 2023.

2. Plaintiff and defendants AG Ventures, LLC and Aaron Goldstein a/k/a Aaron Goldsten ("Defendants") (together with Plaintiff, "the Parties") have reached an agreement on settlement terms that will resolve this case in full. The Parties' settlement is conditioned on this Court entering the proposed Stipulated Final Judgment and Permanent Injunction that has been submitted with this motion. Each of the Parties has agreed to the terms in the proposed Stipulated Final Judgment and Permanent Injunction.

-2-

3. Accordingly, Plaintiff hereby requests that this Court enter the proposed Stipulated Final Judgment and Permanent Injunction and retain jurisdiction over this matter only for the purpose of enforcing and/or adjudicating claims that a party has violated the Stipulated Final Judgment and Permanent Injunction.

Dated: October 23, 2023					Respectfully submitted,

*/s/ Daniel C.F. Wucherer*					*/s/ Leonard E. Hudson*
Daniel C.F. Wucherer						Leonard E. Hudson
Vorys, Sater, Seymour and Pease LLP			The Collins Law Firm P.C.
301 E. 4th Street, Suite 3500					1770 Park St., #200
Cincinnati, OH 45202						Naperville, IL 60563
Tel: (513) 723-4093: Fax: (513) 852-7811		Tel: (630) 527-7098
dcwucherer@vorys.com					lhudson@collinslaw.com

Matthew Jason Singer						***Attorneys for Defendants AG Ventures, LLC***
Matt Singer Law, LLC						***and Aaron Goldstein a/k/a Aaron Goldsten***
77 Wacker Drive, Suite 4500
Chicago, IL 60601
Tel: (312) 248-9123
matt@mattsingerlaw.com

***Attorneys for Plaintiff Pet-Ag, Inc.***

-3-

## **CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing was electronically filed with the Court on October 23, 2023. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

                                      */s/ Daniel C.F. Wucherer*
                                      Daniel C.F. Wucherer